**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**NICHOLAS SHADLICH**

    **Plaintiff,**

**v.**

                                    **Case No: 8:20-cv-389-T-60CPT**

**MAKERS NUTRITION LLC,**

    **Defendant.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_   IS        related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

 

 

 

 

__X__   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fifteen days after appearance of the party.

Dated:  March 12, 2020                    By: s/ Kimberly H. Wochholz
                                                          Kimberly H. Wochholz, Esq.
                                                           Fla. Bar No. 0092159
                                                           The Consumer Rights Law Group, PLLC
                                                           3104 W Waters Ave., Suite 200
                                                           Tampa, FL 33614−2877
                                                           Phone: 813-413-5710
                                                           Fax: 866-535-7199
                                                          Kim@ConsumerRightsLawGroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 12th day of March 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Kimberly H. Wochholz*
Kimberly H. Wochholz, Esq.