**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**NICHOLAS SHADLICH**

       Plaintiff,

**vs.**           **CASE NO.  8:20-cv-389-T-60CPT**

**MAKERS NUTRITION LLC,**
       Defendant.
_____/

**CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

  1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

  Nicholas Shadlich, Plaintiff
  James S. Giardina, Esq., Counsel for Plaintiff
  Kimberly H. Wochholz, Esq., Counsel for Plaintiff
  The Consumer Rights Law Group, PLLC
  Makers Nutrition LLC, Defendant

  2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Nicholas Shadlich, Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: March 12, 2020

Respectfully submitted,

By: s/ Kimberly H. Wochholz
Kimberly H. Wochholz, Esq.
Fla. Bar No. 0092159
The Consumer Rights Law Group, PLLC
3104 W Waters Ave., Suite 200
Tampa, FL 33614−2877
Phone: 813-413-5710
Fax: 866-535-7199
Kim@ConsumerRightsLawGroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 12, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

/s/ Kimberly H. Wochholz
Kimberly H. Wochholz
Fla. Bar No. 0092159